STATE, *ex rel.* W. LESLEY BROWN, v. W. T. WATKINS, JAMES J. FERNANDEZ, FRED W. BALL, T. N. HENDERSON and B. B. BADGER, as and constituting the Board of County Commissioners of Hillsborough County, and W. S. SPARKMAN, as Tax Assessor of Hillsborough County.

164 So. 518.
Opinion Filed December 3, 1935.

An application for an alternative writ of mandamus.
*William E. Thompson,* for Relator.

DAVIS, J.—The alternative writ of mandamus sought in this case presents a controversy almost identical with that

recently decided by this Court wherein it was held that the questions of law designed to be settled in a proceeding like this would not be decided where to do so would likely prejudice third parties not before the Court and would tend to cause confusion and disorder in the taxing processes of the county. See: State, *ex rel.* Martin H. Long, v. Duval County Commissioners, opinion filed November 9, 1935, at the present term, on authority of which decision the alternative writ of mandamus in this case is refused.

Alternative writ of mandamus refused.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.